# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 13-17188 M Judge: Pat E. Morgenstern-Clarren
Case Name: PAPA, SALVATORE
PAPA, MARIA ERNESTINA
For Period Ending: 03/25/14

Trustee Name: MARY ANN RABIN, TRUSTEE
Date Filed (f) or Converted (c): 10/10/13 (f)
341(a) Meeting Date: 11/19/13
Claims Bar Date: 03/05/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INCOME TAX REFUND (u) | 0.00 | 2,427.99 | | 0.00 | 2,427.99 |
| 2. Real Estate - Residential<br>1059 Orchardview, Seven Hills, OH | 142,100.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING/SAVINGS ACCOUNT<br>Third Federal savings | 1.26 | 0.00 | | 0.00 | FA |
| 5. CHECKING/SAVINGS ACCOUNT<br>Third Federal checking | 3.42 | 0.00 | | 0.00 | FA |
| 6. CHECKING/SAVINGS ACCOUNT<br>Third Federal savings<br>Debtor Claimed Exemption | 7.21 | 0.00 | | 0.00 | FA |
| 7. CHECKING/SAVINGS ACCOUNT<br>Third Federal HSA<br>Debtor Claimed Exemption | 81.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING/SAVINGS ACCOUNT<br>Ohio Catholic CU<br>Debtor Claimed Exemption | 26.00 | 0.00 | | 0.00 | FA |
| 9. CHECKING/SAVINGS ACCOUNT<br>Key Bank checking<br>Debtor Claimed Exemption | 4.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. WEARING APPAREL<br>Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES<br>Group term through employer<br>Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 13. RETIREMENT PLANS 401k<br>Debtor Claimed Exemption | 225,055.56 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 13-17188 M Judge: Pat E. Morgenstern-Clarren
Case Name: PAPA, SALVATORE
PAPA, MARIA ERNESTINA

Trustee Name: MARY ANN RABIN, TRUSTEE
Date Filed (f) or Converted (c): 10/10/13 (f)
341(a) Meeting Date: 11/19/13
Claims Bar Date: 03/05/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Automobiles 2004 Chevy Trailblazer<br>Debtor Claimed Exemption | 4,000.00 | 0.00 | | 0.00 | FA |
| 15. Automobiles 2002 Pontiac Grand Prix<br>Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 16. Automobiles 1995 Pontiac Grand Prix<br>Debtor Claimed Exemption | 350.00 | 0.00 | | 0.00 | FA |
| 17. Automobiles 1991 Mercedes Benz 300E<br>Debtor Claimed Exemption | 750.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $375,698.45 | $2,427.99 | | $0.00 | Gross Value of Remaining Assets<br>$2,427.99<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 24, 2014, 04:01 pm "Waiting for Funds" 5/1/14 at 8:30am - Turnover "Waiting for Funds" $2,427.99

Initial Projected Date of Final Report (TFR): 12/31/14 Current Projected Date of Final Report (TFR): 06/01/14

/s/ MARY ANN RABIN, TRUSTEE
__________________________________________ Date: 03/25/14
MARY ANN RABIN, TRUSTEE